**Opinion issued December 29, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-20-00833-CV

_____

### IN RE AUTRY LEE JONES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Autry Lee Jones, acting pro se, has filed a petition for writ of mandamus asking this Court to direct respondent, the Honorable Michael Newman, to issue a ruling on relator's "motion for judgment by default."[1] We deny the petition.

---

[1] The underlying case is *Autry Lee Jones v. Estate of Mary J. Dawson, a/k/a Mary L. Jones, a/k/a Mary L. Conerly*, cause number 360534-401, pending in the

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.

---

Probate Court No. 2 of Harris County, Texas, the Honorable Michael Newman presiding.